IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA  )
)
      v.  )  Criminal No. 2:19cr171
)
ROBERT J. MCCABE  )

## EXHIBIT LIST

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| D1 | 07/01/95 | Agreement with ABL 1 yr may automatically renew for 2 add'l. 1 year periods | Witness:<br>Date:<br>Admitted: |
| D2 | 05/19/03 | Ltr. To Waller from McCabe re RFP's for Inmate Food Services | Witness:<br>Date:<br>Admitted: |
| D3 | 05/21/03 | Ltr. To Waller from Appleton clarification on proposal - subject of proprietary Information | Witness:<br>Date:<br>Admitted: |
| D4 | 05/22/03 | Memo to CA from Waller -went with most advantageous | Witness:<br>Date:<br>Admitted: |
| D5 | 05/28/03 | Agreement w/ ABL 1 yr - may automatically renew for 4 add'l. 1 year periods | Witness:<br>Date:<br>Admitted: |
| D6 | 11/24/03 | Email from McCabe to Waller stating it is appropriate to amend the contract with ABL | Witness:<br>Date:<br>Admitted: |
| D7 | 12/03/03 | Amendment to Agreement (handwritten) | Witness:<br>Date:<br>Admitted: |
| D8 | 12/05/03 | Amendment to Agreement w/ ABL | Witness:<br>Date:<br>Admitted: |
| D9 | 06/14/04 | Agreement w/ ABL 1 yr - | Witness:<br>Date:<br>Admitted: |
| D10 | 02/02/05 | Ltr. Re amendment for weekend meals | Witness:<br>Date:<br>Admitted: |
| D11 | 06/27/05 | Ltr. Extending contract | Witness:<br>Date:<br>Admitted: |
| D13 | 04/17/06 | Ltr. To Appleton from McCabe re drug tests | Witness:<br>Date:<br>Admitted: |
| D14 | 05/01/06 | Ltr. To Appleton from McCabe weekend meals is not saving manpower and stopping | Witness:<br>Date: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| | | | Admitted: |
| D15 | 06/22/06 | Ltr. From ABL to Loder re desire to extend contract | Witness:<br>Date:<br>Admitted: |
| D16 | 05/23/06 | Ltr. From ABL to Loder re desire to extend contract | Witness:<br>Date:<br>Admitted: |
| D17 | 05/27/08 | RFP 3154 for Food Service | Witness:<br>Date:<br>Admitted: |
| D18 | 05/25/08 | Addendum #1 to RFP 3154 w/ sample menu from Yuditsky | Witness:<br>Date:<br>Admitted: |
| D19 | 06/17/08 | Ltr. From ABL to Loder re increase in meal | Witness:<br>Date:<br>Admitted: |
| D20 | 07/01/08 | Agreement w/ ABL 1 yr - may automatically renew for 3 add'l. 1 year periods | Witness:<br>Date:<br>Admitted: |
| D21 | 06/24/09 | Ltr. To Appleton from McCabe renewal to 6/30/10 - 1st of 3 renewal options | Witness:<br>Date:<br>Admitted: |
| D22 | 01/25/10 | Email from Appleton to Cody re kitchen inspection – McCabe – great work | Witness:<br>Date:<br>Admitted: |
| D23 | 06/24/10 | Ltr. To Appleton from McCabe renewal to 6/30/11 - 2nd of three renewal options | Witness:<br>Date:<br>Admitted: |
| D25 | 11/19/10 | Email from Cody to Appleton re Allen County Indiana and GC's | Witness:<br>Date:<br>Admitted: |
| D24 | 11/17/10 | Email from Cody re sponsorship for $500 | Witness:<br>Date:<br>Admitted: |
| D26 | 11/19/10 | Email from Cody approval on Henry Co $200.00 xmas party donation | Witness:<br>Date:<br>Admitted: |
| D27 | 12/07/10 | Email from Cody requesting approval for Emanuel County GA donation for their xmas party | Witness:<br>Date:<br>Admitted: |
| D28 | 12/22/10 | Email from Cody regarding E-Bid Announcement approvals | Witness:<br>Date:<br>Admitted: |
| D29 | 04/29/11 | Ltr. To Idaho Sheriff's Assoc. w/ $6,500 lunch w/ Cody cc'd | Witness:<br>Date:<br>Admitted: |
| D30 | 06/07/11 | Ltr. From ABL to Loder re 3rd renewal and increase | Witness:<br>Date:<br>Admitted: |
| D31 | 08/15/11 | Email to Cody re invoice for Va. Sheriffs Assoc. Conference. | Witness:<br>Date:<br>Admitted: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| D32 | 09/12/11 | Email from Appleton photo of VSA Hospitality Room 2011 | Witness:<br>Date:<br>Admitted: |
| D33 | 11/10/11 | Email from Cody re Daily Activity Allen Co. 25GC's 100 each | Witness:<br>Date:<br>Admitted: |
| D34 | 01/12/12 | Amendment to Agreement to 6/30/2013 | Witness:<br>Date:<br>Admitted: |
| D35 | 03/05/12 | Email from Cody with approval for Annual National Wild Turkey Foundation for Twin Falls | Witness:<br>Date:<br>Admitted: |
| D36 | 03/05/12 | Email from Cody with approval for Sumter Co. Golf Co Golf Tournament. $500.00 | Witness:<br>Date:<br>Admitted: |
| D37 | 04/02/12 | Email from Cody to Appleton approval for Galveston BBQ- $1,400 | Witness:<br>Date:<br>Admitted: |
| D38 | 04/23/12 | Email From Cody to Appleton re So. Kansas request for Steaks for $1,275.00 | Witness:<br>Date:<br>Admitted: |
| D39 | 05/08/12 | Email from Cody to Appleton re invoice – FW Patrick's Info | Witness:<br>Date:<br>Admitted: |
| D40 | 06/08/12 | Email from Cody to Appleton – Activity Report Friday 6/8/12 – VA, AL | Witness:<br>Date:<br>Admitted: |
| D41 | 07/13/12 | Ltr. From ABL to Loder re rate increase | Witness:<br>Date:<br>Admitted: |
| D42 | 10/24/12 | Invoice re ISA December Meeting Platinum Sponsor $10,000.00 | Witness:<br>Date:<br>Admitted: |
| D43 | 11/02/12 | Email from Appleton to Cody becoming 2013 VSA corporate partner | Witness:<br>Date:<br>Admitted: |
| D44 | 11/21/12 | Email from Cody requesting $200.00 donation to Emanuel County GA Sheriff's xmas party | Witness:<br>Date:<br>Admitted: |
| D45 | 01/09/13 | Email from Cody to Appleton re Super Bowl VIP suite | Witness:<br>Date:<br>Admitted: |
| D46 | 01/09/13 | Email from Cody re Houston Rockets – contract and suite for game | Witness:<br>Date:<br>Admitted: |
| D47 | 01/21/13 | Email from Cody re touching base in regards to upcoming event – Rockets v Nets | Witness:<br>Date:<br>Admitted: |
| D48 | 02/20/13 | Email from Cody to Appleton re Alvin Glenn Richland County SC & great dinner with 5 employees | Witness:<br>Date:<br>Admitted: |
| | | Email from Appleton to Cody re Hospitality Room Sponsor | Witness:<br>Date: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| D49 | 01/23/13 | | Admitted: |
| D50 | 02/28/13 | Email from Cody to Appleton re trip to Charlotte enjoying game and time w/ Salandy & wife | Witness:<br>Date:<br>Admitted: |
| D51 | 03/28/13 | RFP 4258-0-2013 for Food Service | Witness:<br>Date:<br>Admitted: |
| D52 | 03/28/13 | Addendum 1 to RFP 4258-0--2013 | Witness:<br>Date:<br>Admitted: |
| D53 | 03/28/13 | Addendum 2 to RFP 4258-0--2013 | Witness:<br>Date:<br>Admitted: |
| D54 | 04/23/13 | Email from Cody to Appleton – Tuesday Activity Report 4/23/13re current staffing, Performa | Witness:<br>Date:<br>Admitted: |
| D55 | 04/26/13 | Email from Cody approval needed for $400 Golf Tournament in GA | Witness:<br>Date:<br>Admitted: |
| D56 | 04/30/13 | Email to Walz re advisory committee selected | Witness:<br>Date:<br>Admitted: |
| D57 | 05/01/13 | Email from Walz with signed paperwork from committee members Hughey,Keough, Loder & Walz | Witness:<br>Date:<br>Admitted: |
| D58 | 05/22/13 | Email from Walz choosing ABL | Witness:<br>Date:<br>Admitted: |
| D59 | 05/24/13 | Email to Walz re justification for the record and BAFO | Witness:<br>Date:<br>Admitted: |
| D60 | 05/28/13 | Email from Walz to City with evaluations attached | Witness:<br>Date:<br>Admitted: |
| D61 | 05/31/13 | Email from City to ABL Letter of Intend to Award Attached | Witness:<br>Date:<br>Admitted: |
| D62 | 06/14/13 | Email from Appleton approving $2,000.00 Sponsorship for Indiana | Witness:<br>Date:<br>Admitted: |
| D63 | 06/21/13 | Email from Cody to City - no changes to the contract | Witness:<br>Date:<br>Admitted: |
| D64 | 06/27/13 | Ltr. To ABL from McCabe amending contract to maximum amount of compensation Amendment #1 | Witness:<br>Date:<br>Admitted: |
| D65 | 06/28/13 | Email to ABL cc Hawk & Walz signed copy of amendment #1 | Witness:<br>Date:<br>Admitted: |
| D66 | 07/01/13 | Agreement w/ ABL 2 yr terms w/ 3 add'l. 1 year extensions | Witness:<br>Date:<br>Admitted: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| D67 | 07/08/13 | Email to Cody to Appleton re Panola Cty | Witness: Date: Admitted: |
| D68 | 07/20/12 | Email from Cody to Appleton – Activity Report Friday 7/20/12 | Witness: Date: Admitted: |
| D69 | 09/01/13 | Email from Cody re address to ship Chief Henson's gift to | Witness: Date: Admitted: |
| D70 | 09/04/13 | Email from Cody to Appleton re invitation to VSA Annual Conf. Hospitality Suite | Witness: Date: Admitted: |
| D71 | 09/04/13 | Email from Cody to Appleton noting Loder asking for payroll amount | Witness: Date: Admitted: |
| D72 | 09/27/13 | Email from Rosa receiving approval for McCabe political function food request for $1,025.00 | Witness: Date: Admitted: |
| D73 | 10/08/13 | Email to Vincent Rosa approving GA Sheriff Stephens golf tourney for $890.00 | Witness: Date: Admitted: |
| D74 | 10/21/13 | Letter from Sheriff Dewey asking for ABL's help with Halloween | Witness: Date: Admitted: |
| D75 | 10/23/13 | Email from Cody requesting $584.85 for Halloween Deal for Sheriff Dewey in GA | Witness: Date: Admitted: |
| D76 | 11/01/13 | Memo to Cody re Conversations with clients – Unit 194 pickup and delivery of catering for an event | Witness: Date: Admitted: |
| D77 | 11/24/15 | Email from Cody Tuesday Activity 11/24 re proposal for VB. GC's etc. (duplicate) | Witness: Date: Admitted: |
| D78 | 01/09/14 | Email from Roshon requesting $412.18 for a charity in GA | Witness: Date: Admitted: |
| D79 | 02/05/14 | Email from Cody re a huge THANK YOU from Sheriff McBrayer for donating food | Witness: Date: Admitted: |
| D80 | 02/18/14 | Email from Cody with earlier email from Rosa re campaign dinner "last minute and an election year for Scotland County | Witness: Date: Admitted: |
| D81 | 02/19/14 | Email from Cody with requests for campaign dinner | Witness: Date: Admitted: |
| D82 | 03/04/14 | Email from Cody to Appleton – Tuesday Activity 3/4/2014 – TN money for Health Fair, VA pre-bid entertainment | Witness: Date: Admitted: |
| D83 | 04/09/14 | Invoice from ABL for BBQ for Big Blue w/ handwritten notes *ABL paid | Witness: Date: Admitted: |
| D84 | 04/10/14 | Email from Cody requesting $150 for gifts for Correctional | Witness: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
|  |  | Officer's week | Date: Admitted: |
| D85 | 04/10/14 | Email from Cody requesting approval for Scotland County $1,471.75 | Witness: Date: Admitted: |
| D86 | 05/09/14 | Email from Loder to Walz, Keough re proposal from ABL for fruit | Witness: Date: Admitted: |
| D87 | 07/09/14 | Email from Appleton to Cody approving PMT to Sheriff in TN | Witness: Date: Admitted: |
| D88 | 07/25/14 | Email from Cody to Appleton – Friday Activity 7/25/14 re TN – reviewing sample contract, GA , Goold, MS, & Idaho | Witness: Date: Admitted: |
| D89 | 08/06/14 | Invoice from ABL for food | Witness: Date: Admitted: |
| D90 | 08/13/14 | Check for $48.43 reimbursing ABL for food (invoice & check)- From Deputy Fund | Witness: Date: Admitted: |
| D91 | 08/22/14 | Ltr. To Loder from Cody adding fruit to the menu | Witness: Date: Admitted: |
| D92 | 09/10/14 | Invoice from ABL and check reimbursing ABL for food - from Deputy Fund | Witness: Date: Admitted: |
| D93 | 09/26/14 | Email from Cody to Appleton re Friday Activity 9/26/14 TN "communicated with Capt. About the bid" | Witness: Date: Admitted: |
| D94 | 09/29/14 | Email from Cody asking for approval and Appleton approving $680.55 in food for Sheriff Stephens golf tourney | Witness: Date: Admitted: |
| D95 | 11/25/14 | Email from Appleton, Thanks…. "Becoming a 2015 VSA Corporate Partner $2,000.00 | Witness: Date: Admitted: |
| D96 | 12/04/14 | Email from Appleton to Rosa cc Cody Re activity report and Unit 127 Norfolk GC's and xmas party | Witness: Date: Admitted: |
| D97 | 12/19/14 | Email from Cody re Friday Activity 12/19/14  MS, etc. | Witness: Date: Admitted: |
| D98 | 06/10/15 | Email from Appleton cc Cody approving 1015 VSA Conf. and hospitality room | Witness: Date: Admitted: |
| D99 | 11/24/15 | Email from Cody to Appleton Tuesday Activity 11/24/15 Operations/Xmas Party | Witness: Date: Admitted: |
| D100 | 12/11/15 | Email to Cody  re Client Request - Barrow Co. OUCH this one will hurt | Witness: Date: Admitted: |
| D101 | 12/23/15 | Email to Appleton RE 2015 Payment Log - ABL donations we could be asked for campaign donations from some | Witness: Date: Admitted: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| D102 | 03/09/16 | Email chain between Appleton and Rosa Re: Activity Report page 4 entering 2 teams in McCabe's golf tournament | Witness:<br>Date:<br>Admitted: |
| D103 | 04/04/16 | Email from Rosa requesting $600.00 for Chatham County Sheriff's mud challenge | Witness:<br>Date:<br>Admitted: |
| D104 | 04/04/16 | Email from Cody to Rose Re; Activity Report Chesapeake requesting donation for Youth Leaders | Witness:<br>Date:<br>Admitted: |
| D105 | 06/16/16 | Email to Cody re Unit718 Fayette - "talked to FSD today about the bid, could not officially tell ABL but was confident ABL got the contract" | Witness:<br>Date:<br>Admitted: |
| D106 | 06/27/14 | Email from Cody requesting approval on $500 Calvert County MD Sheriff Mike Evans, golf tournament | Witness:<br>Date:<br>Admitted: |
| D107 | 08/22/16 | Email from Rosa to Cody requesting $2,300 for food donations for an event for Sheriff in GA | Witness:<br>Date:<br>Admitted: |
| D108 | 11/10/16 | Email to Cody – Plaquemines Parish to discuss the contract | Witness:<br>Date:<br>Admitted: |
| D109 | | Spreadsheet of Campaign Contributions over 23 years for McCabe | Witness:<br>Date:<br>Admitted: |
| D110 | | Campaign Finance Report - Sheriff Stolle 2012 | Witness:<br>Date:<br>Admitted: |
| D111 | | Campaign Finance Report - Sheriff Stolle 2013 | Witness:<br>Date:<br>Admitted: |
| D112 | | Campaign Finance Report - Sheriff Stolle 2014 | Witness:<br>Date:<br>Admitted: |
| D113 | | Campaign Finance Report - Sheriff Stolle 2015 | Witness:<br>Date:<br>Admitted: |
| D114 | | Campaign Finance Report - Sheriff Stolle 2016 | Witness:<br>Date:<br>Admitted: |
| D115 | | Campaign Finance Rep[ort - Sheriff Stolle 2017 | Witness:<br>Date:<br>Admitted: |
| D116 | | Campaign Finance Rep[ort - Sheriff Stolle 2018 | Witness:<br>Date:<br>Admitted: |
| D117 | | Campaign Finance Rep[ort - Sheriff Stolle 2019 | Witness:<br>Date:<br>Admitted: |
| D118 | | Campaign Finance Rep[ort - Sheriff Stolle 2020 | Witness:<br>Date:<br>Admitted: |

| *No.* | *Date* | *Description of Exhibit* | *Admitted* |
|---|---|---|---|
| D119 | 1/20/2004 | Ltr. From McCabe to Boyle re conf. in New Orleans and meeting for the first time | Witness:<br>Date:<br>Admitted: |
| D120 | 03/16/04 | Email from Hester to Cummiskey re RFP request | Witness:<br>Date:<br>Admitted: |
| D121 | 04/05/04 | RFP Addendum No. 1 CCS w/ Attachment #7 - J. Waller | Witness:<br>Date:<br>Admitted: |
| D122 | 04/16/04 | Ltr to Purchasing Agent from Boyle submitting RFP | Witness:<br>Date:<br>Admitted: |
| D123 | 04/21/04 | Email from Munn to Koceja and J. Smith re a 30 min. meeting to get input on medical RFP | Witness:<br>Date:<br>Admitted: |
| D124 | 05/01/04 | Fax from Munn to Sheriff re "Negotiation Issues" | Witness:<br>Date:<br>Admitted: |
| D125 | 05/06/04 | Email from Cummiskey to Jim Bryan "thank you for your valuable time" w/Ltr. From Cummiskey re RPF revisions attached | Witness:<br>Date:<br>Admitted: |
| D126 | 05/07/04 | Receipt – Quality Suites Lake Wright belonging to Jerry Boyle | Witness:<br>Date:<br>Admitted: |
| D127 | 05/08/04 | Bank of America Statement for Jerry Boyle | Witness:<br>Date:<br>Admitted: |
| D128 | 05/12/04 | Ltr. From McCabe to Waller re awarding of contract | Witness:<br>Date:<br>Admitted: |
| D129 | 05/13/04 | Ltr. To Boyle from Waller re awarding of contract | Witness:<br>Date:<br>Admitted: |
| D130 | 05/24/04 | Email Munn to Boyle re draft contract (Boyle sending to Cummiskey) | Witness:<br>Date:<br>Admitted: |
| D131 | 05/24/04 | Email from Munn to Boyle Cummiskey was forwarded a copy re Contract that has not been approved by City Attorney | Witness:<br>Date:<br>Admitted: |
| D132 | 05/27/04 | Weekly Expense Report Jerry Boyle | Witness:<br>Date:<br>Admitted: |
| D133 | 05/31/04 | Memo from J. Bryan to Munn & Sheriff CCS has been established as a vendor | Witness:<br>Date:<br>Admitted: |
| D134 | 06/09/04 | Email from James Bryan to CCS cc McCabe, Koceja & Munn re: Start up welcome email | Witness:<br>Date:<br>Admitted: |
| D135 | 06/15/04 | Agreement w/ CCS 2 yrs with possible extension | Witness:<br>Date:<br>Admitted: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| D136 | 06/24/04 | Email from Koceja to Cummiskey - Congrats on new contract | Witness:<br>Date:<br>Admitted: |
| D137 | 06/25/04 | Email from C. Lewis to Koceja re Psych meds and CCS Dr. re use of Zyprexa | Witness:<br>Date:<br>Admitted: |
| D138 | 07/01/04 | 2004 RFP Inmate Population by month | Witness:<br>Date:<br>Admitted: |
| D139 | 07/01/04 | Email to Koceja & McCabe re CCS paying for long distance calls | Witness:<br>Date:<br>Admitted: |
| D140 | 7/21/2004 | Email from S. Stanfield to Koceja re medical records getting caught up and the system has been put into place | Witness:<br>Date:<br>Admitted: |
| D141 | 08/17/04 | Ltr. To Munn from CCS Jon Bosch re explanation on why they have not hired practitioner & x-ray tech | Witness:<br>Date:<br>Admitted: |
| D142 | 09/30/04 | CCS 90 day report | Witness:<br>Date:<br>Admitted: |
| D143 | 01/18/05 | Ltr from McCabe to Pishko re bond for CCS to lower costs | Witness:<br>Date:<br>Admitted: |
| D144 | 01/21/05 | Ltr from Munn to Cummiskey re waiver of credit | Witness:<br>Date:<br>Admitted: |
| D145 | 10/14/05 | Email from Boyle CC Cummiskey Medical Inspection – issues facing Norfolk | Witness:<br>Date:<br>Admitted: |
| D146 | 10/17/05 | Email Boyle to Cummiskey losing VA DOC due to be unable :to dance with the price difference" | Witness:<br>Date:<br>Admitted: |
| D147 | 12/16/05 | Memo – From Cummiskey to Munn, Koceja, Loder Re inmate population going up so should costs | Witness:<br>Date:<br>Admitted: |
| D148 | 12/27/05 | Ltr. From McCabe to Boyle praising CCS | Witness:<br>Date:<br>Admitted: |
| D149 | 03/09/06 | Email to Disorder Management panel members Munn & Koceja re upcoming CCS annual conf. | Witness:<br>Date:<br>Admitted: |
| D150 | 04/20/06 | Email from Cummiskey to Koceja re thank you for your support & friendship | Witness:<br>Date:<br>Admitted: |
| D151 | 08/21/06 | Amendment #1 w/ CCS staffing adjustment (Munn Drafted) reducing meal expensed w/ agreement w/ BCBS Exhibit A attached | Witness:<br>Date:<br>Admitted: |
| D152 | 12/19/06 | Ltr. From Munn to Boyle Re; Contract yr 4 | Witness:<br>Date:<br>Admitted: |
| D153 | 12/21/06 | Memo from Cummiskey to Koceja, Munn re Annual Renewal – | Witness: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| | | Medical Records System (MRIS) | Date:<br>Admitted: |
| D154 | 1/25/2007 | Email from Cummiskey to Koceja - great time in Tampa - truly a great friend | Witness:<br>Date:<br>Admitted: |
| D155 | 03/06/07 | Memo from Cummiskey to Loder, Koceja & Munn re MRIC = E=-Chart | Witness:<br>Date:<br>Admitted: |
| D156 | 3/8/2007 | Email from Cummiskey to Loder re proposal to alter contract to add record system | Witness:<br>Date:<br>Admitted: |
| D157 | 07/01/07 | Amendment #2 w/ CCS (Munn Drafted) | Witness:<br>Date:<br>Admitted: |
| D158 | 09/19/07 | Ltr. To Boyle from McCabe swearing in for VSA | Witness:<br>Date:<br>Admitted: |
| D159 | 12/06/07 | Email from Loder to Cummiskey re tough budget year & 09 medical contract renewal | Witness:<br>Date:<br>Admitted: |
| D160 | 01/28/09 | Working draft of RFP for medical | Witness:<br>Date:<br>Admitted: |
| D161 | 02/03/09 | Email Fw: Fwd: NSO comprehensive medical from McCabe's personal email | Witness:<br>Date:<br>Admitted: |
| D162 | 02/10/09 | Email from Loder no change in medical expense for year 2010 | Witness:<br>Date:<br>Admitted: |
| D163 | 02/10/09 | Email from Loder to Cummiskey re conversation with McCabe and Boyle re ext. of current contract | Witness:<br>Date:<br>Admitted: |
| D164 | 09/16/09 | Email from Cummiskey to Loder re Anthem Renewal | Witness:<br>Date:<br>Admitted: |
| D165 | 05/21/10 | RFP for Medical | Witness:<br>Date:<br>Admitted: |
| D166 | 06/28/10 | Memo to Fin. Director to City Purchaser cc Walz 5 proposals | Witness:<br>Date:<br>Admitted: |
| D167 | 07/06/10 | Ltr. To McCabe from Wanda Streeter, RN re reasons to keep CCS as medical vendor | Witness:<br>Date:<br>Admitted: |
| D168 | 07/12/10 | Additional Extension between NSO & CCS | Witness:<br>Date:<br>Admitted: |
| D169 | 08/12/10 | Email from Yuditsky to Sandra Kayser re BAFO | Witness:<br>Date:<br>Admitted: |
| D170 | 08/16/10 | Email from Boyle to Cummiskey re cost reductions, should we go lower? | Witness:<br>Date:<br>Admitted: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| D172 | 08/17/10 | Letter from Boyle to Commiskey re BOFO | Witness:<br>Date:<br>Admitted: |
| D173 | 09/15/10 | Additional Extension between NSO & CCS | Witness:<br>Date:<br>Admitted: |
| D174 | 10/26/10 | Ltr. From Boyle to Yuditsky re BAFO 2010 | Witness:<br>Date:<br>Admitted: |
| D175 | 10/26/10 | Email discussing BAFO Cummiskey to Wanda & Kathy | Witness:<br>Date:<br>Admitted: |
| D176 | 11/03/10 | Memo to purchasing agent from McCabe re CCS's proposal being the most advantageous | Witness:<br>Date:<br>Admitted: |
| D177 | 11/03/10 | Ltr. To Cummiskey from Yuditsky re completed proposal and intends to award contract | Witness:<br>Date:<br>Admitted: |
| D178 | 11/03/10 | Email Cummiskey to Yuditsky with BAFO "great to talk to you today" | Witness:<br>Date:<br>Admitted: |
| D179 | 11/04/10 | Email Cummiskey to Yuditsky re Notice of Intent to Award "use discretion" | Witness:<br>Date:<br>Admitted: |
| D180 | 11/04/10 | Email Cummiskey to Yuditsky re State Corp. Comm. "effort to remain your favorite vendor" | Witness:<br>Date:<br>Admitted: |
| D181 | 8/4/2011 | Email from McCabe to Boyle responding to article on Boyle | Witness:<br>Date:<br>Admitted: |
| D182 | 1/5/2012 | Email from Cummiskey to Koceja re New Year Best Wishes | Witness:<br>Date:<br>Admitted: |
| D183 | 5/9/2012 | Email from Koceja to Cummiskey - friends always | Witness:<br>Date:<br>Admitted: |
| D184 | 11/05/12 | Email from Loder to McCabe re CCS Negotiation clause | Witness:<br>Date:<br>Admitted: |
| D185 | 12/10/12 | Email from Hester re obtaining personal checks for McCabe since they can't next year as contract is out to bid | Witness:<br>Date:<br>Admitted: |
| D186 | 05/01/13 | Amendment One w/ CCS - 5 day supply of meds | Witness:<br>Date:<br>Admitted: |
| D187 | 07/30/13 | Email from Hughey to Loder re email from Cummiskey re 2013 increase | Witness:<br>Date:<br>Admitted: |
| D188 | 09/16/13 | Email between Loder, McCabe & Hughey re CCS extension &COLA | Witness:<br>Date:<br>Admitted: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| D189 | 12/11/13 | Email from McCabe to re concerns w/ CCS and increased prices *Correct Care Solutions Invoice – Dec. 2013 | Witness:<br>Date:<br>Admitted: |
| D190 | 12/11/13 | Email from Borum to McCabe, Loder, Dunn, etc re concerns w/ CCS and increased prices *Correct Care Solutions Invoice – Dec. 2013 | Witness:<br>Date:<br>Admitted: |
| D191 | 01/07/14 | Email chain From Loder to Cummiskey re contract extension & staffing proposal | Witness:<br>Date:<br>Admitted: |
| D192 | 01/16/14 | Amendment Two w/ CCS staffing matrix effective | Witness:<br>Date:<br>Admitted: |
| D193 | 04/02/15 | Email from Walz to Loder re CCS owing the City - CAP | Witness:<br>Date:<br>Admitted: |
| D194 | 08/11/15 | Email from Loder to Jennifer Worden re Contract, 2nd Amendment and COLA | Witness:<br>Date:<br>Admitted: |
| D195 | 08/25/15 | Amendment Two w/ CCS increase amount payable to Sheriff starting 12/15/2014 | Witness:<br>Date:<br>Admitted: |
| D196 | 02/14/17 | Email from Loder to McCabe re I increase in last four years (CCS) – including handwritten notes from Loder from 4/04 to 12/14 | Witness:<br>Date:<br>Admitted: |
| D197 | 03/06/17 | Email from Hawk to Loder re eval points & draft of RFP | Witness:<br>Date:<br>Admitted: |
| D198 | | CCS Consolidated 2014 EBITDA List *Norfolk is 43 | Witness:<br>Date:<br>Admitted: |
| D199 | | CCS Contract Summery – NSO 7/1/2004 to 6/30/2006 may be extended LTC Koceja (last revised 3/2005) | Witness:<br>Date:<br>Admitted: |
| D200 | | CCS Contract Summery – NSO 7/1/2004 to 6/30/2006 may be extended LTC Koceja (last revised 11/2005) | Witness:<br>Date:<br>Admitted: |
| D201 | | CCS Client List | Witness:<br>Date:<br>Admitted: |
| D202 | 08/03/94 | DOJ letter to McCabe re investigation | Witness:<br>Date:<br>Admitted: |
| D204 | 12/13/04 | Email from McCabe to Loder re funding due to growth | Witness:<br>Date:<br>Admitted: |
| D205 | 10/05/07 | Re assignment of Koceja | Witness:<br>Date:<br>Admitted: |
| D206 | 10/05/07 | Notification of Demotion Koceja | Witness:<br>Date:<br>Admitted: |
| D207 | 01/03/08 | Letter of Reprimand Koceja | Witness:<br>Date: |

| No. | Date | Description of Exhibit | Admitted |
|---|---|---|---|
| | | | Admitted: |
| D208 | 08/26/11 | Email from McCabe to staff, Boyle and Appleton Kitchen Inspection | Witness:<br>Date:<br>Admitted: |
| D209 | | Community Corrections Offsite Proposal- PowerPoint | Witness:<br>Date:<br>Admitted: |
| D210 | | Offender Population Forecast- PowerPoint | Witness:<br>Date:<br>Admitted: |
| D211 | | PowerPoint by O'Toole - Committed to Excellence in Teamwork | Witness:<br>Date:<br>Admitted: |
| D212 | | Norfolk Settles Jail Dispute- | Witness:<br>Date:<br>Admitted: |
| D213 | | House of Pain | Witness:<br>Date:<br>Admitted: |
| D214 | | Jail Shocks State Inspection | Witness:<br>Date:<br>Admitted: |
| D215 | | Norfolk: This is your Jail | Witness:<br>Date:<br>Admitted: |
| D216 | | Kids Camp | Witness:<br>Date:<br>Admitted: |
| D217 | | Sports Camp | Witness:<br>Date:<br>Admitted: |
| D218 | | Boyle photo Africa | Witness:<br>Date:<br>Admitted: |
| D219 | | Boyle photo Africa | Witness:<br>Date:<br>Admitted: |
| D220 | | Boyle photo Africa | Witness:<br>Date:<br>Admitted: |
| D221 | | ODU Box 1 | Witness:<br>Date:<br>Admitted: |
| D222 | | ODU Box 2 | Witness:<br>Date:<br>Admitted: |
| D223 | | ODU Box 3 | Witness:<br>Date:<br>Admitted: |
| D224 | | ODU Box 4 | Witness:<br>Date:<br>Admitted: |

| *No.* | *Date* | *Description of Exhibit* | *Admitted* |
|---|---|---|---|
| D225 |  | ODU Box 5 | Witness:<br>Date:<br>Admitted: |
| D226 |  | ODU Football Tailgate 1 | Witness:<br>Date:<br>Admitted: |
| D227 |  | ODU Football Tailgate 2 | Witness:<br>Date:<br>Admitted: |
| D228 |  | ODU Football Tailgate 3 | Witness:<br>Date:<br>Admitted: |
| D229 |  | ODU Football Tailgate 4 | Witness:<br>Date:<br>Admitted: |
| D230 |  | Sherriff Foundation Summer Camp | Witness:<br>Date:<br>Admitted: |
| D231 | 07/02/01 | Ltr. To Boyle from Staff Attorney Elisa Carlson re DNA | Witness:<br>Date:<br>Admitted: |
| D232 | 06/27/02 | Ltr. To Boyle re RFP 1587 with proposed revisions | Witness:<br>Date:<br>Admitted: |
| D233 | 02/27/04 | Email chain w/ Koceja having problems with PHS and not lowering NSO standards *start read bottom of page 4 on | Witness:<br>Date:<br>Admitted: |
| D234 | 03/02/04 | Email from Jim Bryan to McCabe, Koceja & Munn re RFP and input from others | Witness:<br>Date:<br>Admitted: |
| D236 | 04/08/04 | Email from J. Smith to Koceja & Munn re inmates waiting for x-rays | Witness:<br>Date:<br>Admitted: |
| D237 | 04/11/04 | Email to Koceja re inmate that hasn't received medical care | Witness:<br>Date:<br>Admitted: |
| D239 | 04/21/04 | Email from Munn re Inmate medical care and attorneys letter complaining of inadequate care | Witness:<br>Date:<br>Admitted: |
| D240 | 04/30/04 | Ltr. To Boyle "Invitation to Negotiate" | Witness:<br>Date:<br>Admitted: |